# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 41727

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 836 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed:  December 2, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| KEITH A. SCHADE, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County.  Hon. Deborah A. Bail, District Judge.

Judgment of conviction and suspended, unified sentence of seven years, with a minimum period of confinement of two years, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

--------------------------------------------

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

--------------------------------------------

PER CURIAM

Keith A. Schade was found guilty of grand theft.  I.C. §§ 18-2403(1), 18-2407(1)(b), and 18-2409.  The district court sentenced Schade to a unified term of seven years, with a minimum period of confinement of two years, but suspended the sentence and placed Schade on probation. Schade appeals.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Schade's judgment of conviction and sentence are affirmed.